## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SOUTHERN-OWNERS
INSURANCE COMPANY

     Plaintiff,

v.                                  Case No. 8:22-cv-1010-TPB-JSS

A TO Z GULFCOAST SERVICES
LLC and SHAUN MCGLAUN,

     Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Julie S. Sneed, United States Magistrate Judge, entered on November 8, 2022. (Doc. 26). Judge Sneed recommends that "Plaintiff's Motion for Entry of Final Default Declaratory Judgment Against Defendant, A To Z Gulfcoast Services, LLC" and "Plaintiff's Motion for Entry of Final Default Declaratory Judgment Against Defendant, Shaun McGlaun" (Docs. 21 and 22) be granted. No objection to the report and recommendation has been filed, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court

must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made."   28 U.S.C. § 636(b)(1)(C).   When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Sneed's report and recommendation, the Court adopts the report and recommendation.   The Court agrees with Judge Sneed's detailed and well-reasoned factual findings and legal conclusions.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)   Judge Sneed's report and recommendation (Doc. 26) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2)   "Plaintiff's Motion for Entry of Final Default Declaratory Judgment Against Defendant, A To Z Gulfcoast Services, LLC" (Doc. 21) is **GRANTED**.

(3)   "Plaintiff's Motion for Entry of Final Default Declaratory Judgment Against Defendant, Shaun McGlaun" (Doc. 22) is **GRANTED**.

(4)   The Clerk is directed to enter final judgment in favor of Plaintiff and against Defendants as follows:

a.   Plaintiff Southern-Owners Insurance Company owes no duty to defend or indemnify Defendant A to Z Gulfcoast Services, LLC

under the Insurance Policy in connection with the claims asserted

by Defendant Shaun McGlaun against Defendant A to Z

Gulfcoast Services, LLC in the Underlying Action.

b.    Plaintiff Southern-Owners Insurance Company's Insurance Policy

excludes coverage to Defendant A to Z Gulfcoast Services, LLC

in connection with the Underlying Action or any final judgment

against Defendant A to Z Gulfcoast Services, LLC, entered

therein.

(5)    The Clerk is thereafter directed to CLOSE the case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>29th</u> day of

November, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**